UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNISHA CASTLE, | No. 2:13-cv-0648 MCE DAD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| TARGET CORPORATION, | |
| Defendant. | |

On February 14, 2014, this matter came before the undersigned for hearing of defendant's motion to compel.  Nicole Legrottaglie appeared telephonically on behalf of the defendant.  No appearance was made by plaintiff's counsel nor did plaintiff appear on her own behalf.

As discussed on the record at the February 14, 2014 hearing, it appears that plaintiff's attorney is no longer eligible to practice before this court.  Accordingly, either plaintiff must arrange for new counsel to substitute in on her behalf in this action or plaintiff must proceed pro se if plaintiff wishes to continue prosecuting this action.

Accordingly, IT IS HEREBY ORDERED that:

1. On **Friday**, **March 7, 2014, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned plaintiff Vernisha Castle, or licensed counsel appearing on her behalf willing to substitute in as counsel of record, shall appear;

1

2. Any party may appear at the March 7, 2014 hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the hearing. A land line telephone number must be provided;

3. Plaintiff is cautioned that the failure to respond to this order may result in the dismissal of this action; and

4. The Clerk of The Court is directed to mail a copy of this order to plaintiff Vernisha Castle at the following addresses;

>280 W. Clover Road
>Apt. D
>Tracy, CA 95376
>
>280 W. Clover Road[1]
>Apt. E
>Tracy, CA 95376

Dated: February 26, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\castle0648.osc.ord

---

[1] The court directed defense counsel to provide any available information with respect to a last known address for plaintiff herself. In addition, the court has conducted its own Westlaw search. These addresses are the result of those efforts to locate plaintiff and advise her of her attorney's abandonment of this action.

2