UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNISHA CASTLE, | No. 2:13-cv-0648 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

On March 7, 2014, this matter came before the undersigned for hearing of defendant's motion to compel. Attorney Nicole Legrottaglie appeared telephonically on behalf of the defendant. No appearance was made by plaintiff's counsel nor did plaintiff appear on her own behalf.[1]

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's January 14, 2014 motion to compel (Dkt. No. 9) is granted;

/////

---

[1] This matter previously came before the undersigned on February 14, 2014, where it was noted that it appears that plaintiff's attorney of record is no longer eligible to practice before this court. Accordingly, on February 27, 2014, the undersigned issued an OSC directing plaintiff to appear at the March 7, 2014 hearing and mailed it to plaintiff at addresses obtained from defendant and from the court's own research. (Dkt. No. 12.) As of yet, the court has not received any response from plaintiff to the OSC nor has the OSC been returned to the court as unable to be delivered.

2. Plaintiff shall provide responses and produce responsive documents to the discovery at issue within fourteen days; and

3. Plaintiff's counsel of record, James Jeffery Peters, is personally sanctioned in the amount of $4,005.00 and shall pay that amount to defendant within fourteen days.[2]

Dated: March 7, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\castle0648.oah.030714.docx

---

[2] This amount shall be paid solely by James Jeffery Peters personally. Plaintiff herself is not to be held responsible for these sanctions under the circumstances and funds belonging to plaintiff, Vernisha Castle, shall not be used to satisfy this order of sanctions.