# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNISHA CASTLE, an individual, | Case No. 2:13-CV-00648-MCE-DAD |
| Plaintiff, | **ORDER ON STIPULATION** |
| vs. | **DISMISSING ACTION WITH** |
| TARGET CORPORATION, a Corporation; and DOES 1 through 20, inclusive, | **PREJUDICE** |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of the parties (ECF No. 30), and good cause having been shown, this case is DISMISSED in its entirety with prejudice, and each party shall bear their own attorneys' fees and costs. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: September 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

851773.1